UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LAWRENCE BOWEN,<br>Plaintiff,<br>v.<br>THE CITY OF OAKLAND, et al.,<br>Defendants. | Case No. 19-cv-01089-PJH<br><br>**ORDER TO SHOW CAUSE AND VACATING HEARING** |

On February 27, 2019, plaintiff Michael Bowen filed a complaint against defendants The City of Oakland, Libby Schaaf (Mayor), Joe Devries (Asst. to City Administrator), and the Oakland Department of Public Works. Dkt. 1. The complaint asserts claims under 42 U.S.C. § 1983 for violations of: (1) the Eighth Amendment to the United States Constitution; (2) the Fourth Amendment to the United States Constitution; (3) the Fourteenth Amendment to the United States Constitution; and (4) Cal. Civil Code § 1006. On February 28, 2019, the court granted plaintiff's motion for permission for electronic case filing. Dkt. 11.

On April 22, 2019, defendants filed a motion to dismiss. Dkt. 20. Plaintiff's opposition or statement of non-opposition was due on May 6, 2019. To date, plaintiff has not filed an opposition or statement of non-opposition as required by Civil Local Rule 7-3.

Plaintiff is hereby ORDERED TO SHOW CAUSE why this action should not be dismissed for his failure to oppose defendants' motion to dismiss. Plaintiff shall file a response to this order by June 5, 2019, explaining his failure to respond to defendants' motion to dismiss. Plaintiff's response must also be accompanied by his opposition to

1  defendants' motion or a statement of non-opposition.  Failure to comply with this order by
2  June 5 will result in dismissal of the action for failure to prosecute and failure to comply
3  with a court order.  See Ferdik v. Bonzelet, 963 F.2d 1258, 1260 (9th Cir. 1992); Yourish
4  v. Cal. Amplifier, 191 F.3d 983, 990 (9th Cir. 1999); Fed. R. Civ. P. 41(b).

This order should not be taken as an indication that the court will accept plaintiff's late submission.  However, if it does, defendants will be provided an opportunity to reply.

The hearing scheduled for June 5, 2019 is hereby VACATED.

**IT IS SO ORDERED.**

Dated:  May 14, 2019

_____
PHYLLIS J. HAMILTON
United States District Judge