UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LAWRENCE BOWEN,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF OAKLAND, et al.,<br><br>Defendants. | Case No. 19-cv-01089-PJH<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Re: Dkt. No. 25 |

On May 14, 2019, this court ordered plaintiff to show cause why this action should not be dismissed for his failure to oppose defendants' motion to dismiss, and for plaintiff's failure to prosecute this action. Dkt. 25. That order warned plaintiff that "[f]ailure to comply with this order by June 5 will result in dismissal of the action for failure to prosecute and failure to comply with a court order." Id.; see Fed. R. Civ. P. 41(b).

Plaintiff has not responded to the order to show cause or defendants' motion to dismiss, and the deadline to do so has passed. Accordingly, this action is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: June 10, 2019

PHYLLIS J. HAMILTON
United States District Judge