UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL LAWRENCE BOWEN,

    Plaintiff,

v.

THE CITY OF OAKLAND, et al.,

    Defendants.

Case No. 19-cv-01089-PJH

**JUDGMENT**

The court having dismissed this case pursuant to Federal Rule of Civil Procedure 41(b),

it is Ordered and Adjudged

that plaintiff take nothing, and that the action be dismissed.

**IT IS SO ORDERED.**

Dated: June 10, 2019

_____
PHYLLIS J. HAMILTON
United States District Judge